IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
APR 29 2022

UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO. 1:22CR 48
18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 922(n)
18 U.S.C. § 924(a)(1)(D)

LOGAN MONROE PANNELL

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about the 7th day of September, 2021, in the Northern District of Mississippi, the defendant, LOGAN MONROE PANNELL, in connection with the acquisition of a firearm, a Taurus, model G3, 9mm pistol, from Verona Trading Post, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Verona Trading Post, which statement was intended and likely to deceive Verona Trading Post, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he was not under indictment or information in any court for a felony when as he then well knew, he was in fact under indictment for Kidnapping in the Circuit Court of Lee County, Mississippi, Cause No. CR21-120F; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

On the 11th day of September, 2021, in the Northern District of Mississippi, the defendant, LOGAN MONROE PANNELL, knowing that he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Kidnapping in the Circuit Court of Lee County, Mississippi, Cause No. CR21-120F, did willfully and knowingly receive a firearm, that is, a Taurus, model G3, 9mm pistol, said firearm having been shipped and transported in interstate or foreign commerce; in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## COUNT THREE

On or about the 19th day of October, 2021, in the Northern District of Mississippi, the defendant, LOGAN MONROE PANNELL, in connection with the acquisition of a firearm, a Taurus, model G3, 9mm pistol and a Radikal Arms, model MKX-3, 12 gauge shotgun, from City Pawn, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to City Pawn, which statement was intended and likely to deceive City Pawn, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not under indictment or information in any court for a felony when as he then well knew, he was in fact under indictment for Kidnapping in the Circuit Court of Lee County, Mississippi, Cause No. CR21-120F; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

On the 2nd day of November, 2021, in the Northern District of Mississippi, the defendant, LOGAN MONROE PANNELL, knowing that he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Kidnapping in the Circuit Court of Lee County, Mississippi, Cause No. CR21-120F, did willfully and knowingly receive a firearm, that is, a Taurus, model G3, 9mm pistol and a Radikal Arms, model MKX-3, 12 gauge shotgun, said firearms having been shipped and transported in interstate or foreign commerce; in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## COUNT FIVE

On or about the 19th day of January, 2022, in the Northern District of Mississippi, the defendant, LOGAN MONROE PANNELL, in connection with the acquisition of a firearm, a Radikal Arms, model MKX-3, 12 gauge shotgun, from Oxford Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Oxford Pawn Shop, which statement was intended and likely to deceive Oxford Pawn Shop, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented that he was not under indictment or information in any court for a felony when as he then well knew, he was in fact under indictment for Kidnapping in the Circuit Court of Lee County, Mississippi, Cause No. CR21-120F; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIX

On the 25th day of January, 2022, in the Northern District of Mississippi, the defendant, LOGAN MONROE PANNELL, knowing that he was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Kidnapping in the Circuit Court of Lee County, Mississippi, Cause No. CR21-120F, did willfully and knowingly receive a firearm, that is, a Radikal Arms, model MKX-3, 12 gauge shotgun, said firearms having been shipped and transported in interstate or foreign commerce; in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## A TRUE BILL

_____
CLAY JOYNER
UNITED STATES ATTORNEY

/s/ redacted signature
**FOREPERSON**